**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Carlton E. Cantrell, Appellant,

v.

Aiken County; Aiken County Animal Control Director, Shirley Hardin; Aiken County Animal Control Officer, Bobby Arthurs; and Judge Charles T. Carter, Respondents.

Appellate Case No. 2011-200486

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2012-UP-662
Submitted November 1, 2012 – Filed December 19, 2012

**AFFIRMED**

Carlton E. Cantrell, of Aiken, pro se.

William H. Davidson, II, and Daniel C. Plyler, of Davidson & Lindemann, PA, of Columbia, for Respondents.

**PER CURIAM:** Carlton Cantrell appeals the trial court's order granting a motion to dismiss in favor of Aiken County; Aiken County Animal Control Director, Shirley Hardin; Aiken County Animal Control Officer, Bobby Arthurs; and Judge Charles T. Carter. We affirm pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 15-78-110 (2005) ("[A]ny action brought pursuant to [the Tort Claims Act] is forever barred unless an action is commenced within two years after the date the loss was or should have been discovered. . . ."); *Flateau v. Harrelson*, 355 S.C. 197, 203, 584 S.E.2d 413, 416 (Ct. App. 2003) ("According to the [Tort Claims] Act, '[n]otwithstanding any provision of law . . . [the Tort Claims Act] is the exclusive and sole remedy *for any tort* committed by an employee of a governmental entity while acting within the scope of the employee's official duty.'" (quoting S.C. Code Ann. § 15-78-20(b) (2005))); *State v. Howard*, 384 S.C. 212, 217, 682 S.E.2d 42, 45 (Ct. App. 2009) ("An issue is deemed abandoned and will not be considered on appeal if the argument is raised in a brief but not supported by authority.").

**AFFIRMED.**[1]

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.